IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD LOPEZ,

      Plaintiff,                            CV F 05 0562 OWW WMW   P

   vs.                                    ORDER

J. YATES, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se. On August 5, 2005, Plaintiff filed a document titled as "Amended Document." In this document, Plaintiff seeks to allege facts in addition to the original complaint.

      Plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete. Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once plaintiff files an amended complaint, the original pleading no longer serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

      Should Plaintiff desire to file an amended complaint, he should file a document titled as a first amended complaint, and include all of his allegations in that pleading. The court

1  will grant Plaintiff thirty days within which to file an amended complaint.  Should Plaintiff fail
2  to do so, this action will proceed on the original complant.
3       Accordingly,  IT IS HEREBY ORDERED that:
4       1. Plaintiff is granted leave to file a first amended complaint.
5       2. Plaintiff is granted thirty days from the date of service of this order to file a
6  first amended complaint that complies with the requirements of the Civil Rights Act, the Federal
7  Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the
8  docket number assigned this case and must be labeled "First Amended Complaint."

12  IT IS SO ORDERED.

13  **Dated:   February 9, 2007**              **/s/  William M. Wunderlich**
    mmkd34                                    UNITED STATES MAGISTRATE JUDGE